# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANGELA CHRISTINE CADY,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 2:11-CV-01408-KJD-(CWH)

**ORDER**

    Petitioner has submitted a notice of appeal from a decision of the Nevada Supreme Court. Two problems exist. First, petitioner has neither paid the filing fee nor submitted an application to proceed in forma pauperis. Second, this court lacks jurisdiction to consider an appeal from a judgment of a state court. District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 476, 483 n.16 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415-16 (1923). To the extent that petitioner seeks relief from a judgment of conviction of a state court, her sole federal remedy is through a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Preiser v. Rodriguez, 411 U.S. 475, 500 (1973).

    IT IS THEREFORE ORDERED that the clerk of the court shall send petitioner a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions.

    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice for lack of jurisdiction. The clerk of the court shall enter judgment accordingly.

///

///

IT IS FURTHER ORDERED that a certificate of appealability, to the extent that one is necessary, is **DENIED**.

DATED: February 6, 2012

_____
KENT J. DAWSON
United States District Judge